UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE: 06-7857 (Reeder) | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by O. Williams Reeder, Jr., and defendants, Massachusetts Bay Insurance Company and The Hanover Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned lawsuit therein, and are dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___7th___ day of ___November___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge